# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SAIM SARWAR, Individually,** | |
| **Plaintiff,** | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| | **Case No. 1:21-CV-00311** |
| **JUSTIN HOSPITALITY CORPORATION,** | |
| **Defendant.** | |

The Plaintiff, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby dismisses Plaintiff's claims in this action against Defendant, Justin Hospitality Corporation, WITH PREJUDICE.

Dated: March 11, 2021                                Respectfully submitted,

*/s/ Daniel G. Ruggiero, Esq.*
Daniel Goldsmith Ruggiero
275 Grove Street, Suite 2-400
Newton, MA 02466
Druggieroesq@gmail.com
(339) 237-0343 (phone)
(339) 707-2808 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 11th, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications to all counsel of record who have appeared in this action.

                                                      */s/ Daniel G. Ruggiero, Esq.*
                                                      Daniel Goldsmith Ruggiero, Esq.